## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DALE ELKINS,<br>2. CAROLYN ELKINS,<br>     Plaintiffs,<br>v.<br><br>1. BUREAU OF LAND MANAGEMENT, OKLAHOMA FIELD OFFICE, WILD HORSE AND BURRO PROGRAM,<br>     Defendants. | )<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:

Robert J. Troester, United States Attorney for the Western District of Oklahoma, by Cara Cobb, Assistant United States Attorney, respectfully represents:

1. The following action is pending in the District Court of Cleveland County, State of Oklahoma:

   *Dale Elkins, et al. v. Bureau of Land Management, Oklahoma Field Office, Wild Horse and Burro Program*, Case No. SC-2025-2871 (before the Honorable Judge Ortega)

2. While Plaintiff's Affidavit (attached as Exhibit 1) provides minimal factual allegations, he seeks $10,000.00 from the Bureau of Land Management ("BLM") for payment for the adoption of donkeys.

3. This action may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action commenced in a state court against a federal agency.

4.  In accordance with 28 U.S.C. § 1446(a) and Local Civil Rule 81.2, copies of the following documents filed in the District Court of Oklahoma County are attached: Affidavit (Exhibit 1), and OSCN docket sheet (Exhibit 2).

5.  The United States is providing notice of this removal to all parties and filing a copy with the Cleveland County District Court Clerk consistent with 28 U.S.C. § 1446(d).

WHEREFORE, the United States hereby gives notice that the above-described action now pending in the District Court of Cleveland County, State of Oklahoma, is hereby removed to this Honorable Court pursuant to 28 U.S.C. §§ 1441(c)(1)(A), 1442(a)(1), and 2679(a).

                        Respectfully Submitted,

                        ROBERT J. TROESTER
                        United States Attorney

                        *s/ Cara Cobb*
                        CARA COBB, OBA #21794
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        Western District of Oklahoma
                        210 Park Avenue, Suite 400
                        Oklahoma City, OK 73102
                        (405) 553-8700
                        Email: cara.cobb@usdoj.gov

## CERTIFICATE OF SERVICE

 X     I hereby certify that on July 17, 2025, this document was submitted as an initiating document pursuant to ECF Policies & Procedures Manual, § II.A.2., to the following new cases email address: newcases@okwd.uscourts.gov and that all initiating documents are attached as separate pdf files.

 X     I hereby certify that on July 17, 2025, the attached documents were served by U.S. Mail on the following:

Dale Elkins
Carolyn Elkins
37956 110th Street
Byars, Oklahoma 74831

                                               *s/ Cara Cobb*
                                               Assistant U.S. Attorney